# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO JIMENEZ, JR. and JESUS R. PEREZ,<br><br>Plaintiffs<br><br>v.<br><br>KEY INSURANCE, et al.,<br><br>Defendant | Case No.: 2:23-cv-01329-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Key Insurance Company's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2) and Local Rule 7.1-1.  The certificate does not identify the citizenship of defendant Key Insurance Company as required by the amendment to Rule 7.1.  Additionally, the certificate does not contain the certification required by Local Rule 7.1-1 and refers incorrectly to Local Rule 10-6.

I FURTHER ORDER defendant Key Insurance Company to file a proper certificate of interested parties by September 8, 2023.

DATED this 29th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE