# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO JIMENEZ JR. and JESUS R. PEREZ<br><br>Plaintiffs<br><br>v.<br><br>KEY INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:23-cv-01329-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Key Insurance Company's certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Key Insurance Company as required by the amendment to that rule. It is unclear from the certificate what type of company Key is and whether its citizenship is determined by its own place of incorporation and principal place of business or whether its citizenship is determined by reference to its parent company's citizenship. Additionally, if its parent company's citizenship governs, the certificate states that the parent company is "located in" Kansas. It is unclear whether that describes where the company is incorporated, has its principal place of business, or both. *See* 28 U.S.C. § 1332(c)(1).

I FURTHER ORDER defendant Key Insurance Company to file a proper certificate of interested parties by September 15, 2023.

DATED this 6th day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE