UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO JIMENEZ JR. and JESUS R. PEREZ<br><br>Plaintiffs<br><br>v.<br><br>KEY INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:23-cv-01329-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Key Insurance Company's certificate of interested parties (ECF No. 10) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Key Insurance Company as required by the amendment to that rule.

I FURTHER ORDER defendant Key Insurance Company to file a proper certificate of interested parties by September 15, 2023.

DATED this 7th day of September, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE