1  PHILIP GOODHART, ESQ.
   Nevada Bar No. 5332
2  THORNDAL ARMSTRONG, PC
   600 S. Las Vegas Blvd., Suite 400
3  Las Vegas, Nevada 89101
   Tel.: (702) 366-0622
4  Fax: (702) 366-0327
   png@thorndal.com
5
   Attorneys for Defendant,
6  KEY INSURANCE COMPANY

7                     **UNITED STATES DISTRICT COURT**

8                              **DISTRICT OF NEVADA**

9  RAMIRO JIMENEZ, JR., an individual; and JESUS
   R. PEREZ, an individual,                              Case No. 2:23-cv-01329-APG-BNW
10
              Plaintiffs,
11
   vs.                                                   **STIPULATION AND ORDER TO
12                                                       EXTEND TIME FOR
   KEY INSURANCE COMPANY, a foreign                      DEFENDANT, KEY INSURANCE
13 corporation; DOE DRIVER I-X; DOE OWNERS               COMPANY, TO FILE ITS REPLY
   I-X; ROE OWNERS I-X; ROE EMPLOYERS IX-;               TO PLAINTIFFS' OPPOSITION
14 and ROE COMPANIES I-X,                                TO DEFENDANT'S MOTION
                                                         FOR SUMMARY JUDGMENT**
15            Defendants.

16

17         IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for

18 Defendant, KEY INSURANCE COMPANY, to file its Reply to Plaintiffs' Opposition to

19 Defendant's Motion for Summary Judgment be extended to Friday, October 11, 2024.

20 DATE:  October 3, 2024                                DATE:  October 3, 2024

21 BIGHORN LAW                                           THORNDAL ARMSTRONG, PC

22 */s/ Joshua P. Berrett*                               */s/ Philip Goodhart*

23 _____                      _____
   KIMBALL JONES, ESQ.                                   PHILIP GOODHART, ESQ.
24 Nevada Bar No. 12982                                  Nevada Bar No. 5332
   JOSHUA P. BERRETT, ESQ.                               600 S. Las Vegas Blvd., Suite 400
25 Nevada Bar No. 12697                                  Las Vegas, Nevada 89101
   3675 W. Cheyenne Ave., Suite 100                      Attorneys for Defendant,
26 North Las Vegas, Nevada 89032                         KEY INSURANCE COMPANY
   Attorneys for Plaintiffs
27 . . .

28 . . .

-1-

1

**ORDER**

IT IS HEREBY ORDERED that the time for Defendant, KEY INSURANCE COMPANY, to file its Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment is extended to Friday, October 11, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 4, 2024

Respectfully submitted by:

THORNDAL ARMSTRONG, PC

*/s/ Philip Goodhart*
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
KEY INSURANCE COMPANY