PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Defendant,
KEY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO JIMENEZ, JR., an individual; and JESUS R. PEREZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation; DOE DRIVER I-X; DOE OWNERS I-X; ROE OWNERS I-X; ROE EMPLOYERS IX-; and ROE COMPANIES I-X,<br><br>Defendants. | Case No. 2:23-cv-01329-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT AND PLAINTIFFS TO FILE ITS REPLIES TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for Defendant, KEY INSURANCE COMPANY, to file its Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment be extended to Monday, October 21, 2024.

IT IS ALSO STIPULATED by and between the undersigned counsel that the time for Plaintiffs, RAMIRO JIMENEZ, JR., and JESUS R. PEREZ, to file their Replies to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment also be extended to Monday, October 21, 2024.

///

///

///

///

///

-1-

The parties are currently in active settlement discussions and believe that this additional time will be beneficial to those discussions.

DATE: October 10, 2024　　　　　　　　　　DATE: October 10, 2024

BIGHORN LAW　　　　　　　　　　　　　　THORNDAL ARMSTRONG, PC

*/s/ Joshua P. Berrett*　　　　　　　　　　　*/s/ Philip Goodhart*

_____　　_____
KIMBALL JONES, ESQ.　　　　　　　　　　PHILIP GOODHART, ESQ.
Nevada Bar No. 12982　　　　　　　　　　 Nevada Bar No. 5332
JOSHUA P. BERRETT, ESQ.　　　　　　　 600 S. Las Vegas Blvd., Suite 400
Nevada Bar No. 12697　　　　　　　　　　 Las Vegas, Nevada 89101
3675 W. Cheyenne Ave., Suite 100　　　　Attorneys for Defendant,
North Las Vegas, Nevada 89032　　　　　KEY INSURANCE COMPANY
Attorneys for Plaintiffs

**ORDER**

IT IS HEREBY ORDERED that the time for Defendant and Plaintiffs to file their respective Replies to the parties' Oppositions to Motion for Summary Judgment is extended to Monday, October 21, 2024.

_____
CHIEF U.S. DISTRICT JUDGE

DATED: October 16, 2024

Respectfully submitted by:

THORNDAL ARMSTRONG, PC

*/s/ Philip Goodhart*

_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
KEY INSURANCE COMPANY