UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO JIMENEZ, JR. and JESUS R. PEREZ<br><br>Plaintiffs<br><br>v.<br><br>KEY INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:23-cv-01329-APG-BNW<br><br>**Order for Status Report** |

The parties previously advised the court that they were discussing settlement and requested that I extend the deadline for the parties to file replies to the respective summary judgment motions to October 21, 2024. ECF No. 41. I granted that request. *Id.* The parties did not file reply briefs by October 21 and have provided no update on settlement.

I THEREFORE ORDER that by December 20, 2024, the parties must file a status report regarding whether they have settled this case and, if not, a proposal for whether and when a new deadline for reply briefs should be set.

DATED this 3rd day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE