UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO JIMENEZ, JR. and JESUS R. PEREZ,<br><br>Plaintiffs<br><br>v.<br><br>KEY INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:23-cv-01329-APG-BNW<br><br>**Order Denying Motions as Moot**<br><br>[ECF Nos. 32, 33] |

In light of the parties' status report advising the court this matter has settled (ECF No. 43),

I ORDER that the pending motions for summary judgment **(ECF Nos. 32, 33) are DENIED as moot**, without prejudice to refiling the motions if the settlement does not finalize.

DATED this 19th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE