1  PHILIP GOODHART, ESQ.
   Nevada Bar No. 5332
2  THORNDAL ARMSTRONG, PC
   600 S. Las Vegas Blvd., Suite 400
3  Las Vegas, Nevada 89101
   Tel.: (702) 366-0622
4  Fax: (702) 366-0327
   png@thorndal.com
5
   Attorneys for Defendant,
6  KEY INSURANCE COMPANY

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  RAMIRO JIMENEZ, JR., an individual; and JESUS
   R. PEREZ, an individual,                              Case No. 2:23-cv-01329
10
11         Plaintiffs,
                                                         **STIPULATION AND ORDER
12  vs.                                                  FOR DISMISSAL WITH
                                                         PREJUDICE**
13  KEY INSURANCE COMPANY, a foreign
    corporation; DOE DRIVER I-X; DOE OWNERS
    I-X; ROE OWNERS I-X; ROE EMPLOYERS IX-;
14  and ROE COMPANIES I-X,

15         Defendants.

16

17         IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto, by and

18  through their counsel of record, that the above-entitled action be dismissed with prejudice as to all

19  parties, each party to bear their own fees, costs, and expenses.

20  DATED: February 18, 2025                             DATED: February 18, 2025

21  BIGHORN LAW                                          THORNDAL ARMSTRONG, PC

22  */s/ Joshua P. Berrett*                              */s/ Philip Goodhart*

23  KIMBALL JONES, ESQ.                                  PHILIP GOODHART, ESQ.
    Nevada Bar No. 12982                                 Nevada Bar No. 5332
24  JOSHUA P. BERRETT, ESQ.                              600 S. Las Vegas Blvd., Suite 400
    Nevada Bar No. 12697                                 Las Vegas, Nevada 89101
25  3675 W. Cheyenne Ave., Suite 100                     Attorneys for Defendant,
    North Las Vegas, Nevada 89032                        KEY INSURANCE COMPANY
26  Attorneys for Plaintiffs

27  ///

28  ///

-1-

**ORDER**

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as to all parties, each party to bear their own fees, costs and expenses.

DATED: February 20, 2025

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC


/s/ *Philip Goodhart*
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
KEY INSURANCE COMPANY